UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

v.

DOE ALBIN *et al.*,

    Defendants.

Case No.  C06-5675RBL

ORDER TO CURE DEFICIENCY
AND PROVIDE INFORMATION
REFLECTING PLAINTIFF'S
NAME CHANGE

    This case has been referred to Magistrate Judge J. Kelley Arnold pursuant to 28 U.S.C. § 636(b)(1)(B).  This matter comes before the court upon plaintiff's application to proceed *in forma pauperis* (Dkt. # 1).

    On November 20, 2006, the clerk's office sent Mr. Marks a letter outlining the deficiencies in his application.  The clerk's office noted the filing fee has increased to $350.00 and sent Mr. Marks an updated Acknowledgment and Authorization form (Dkt. # 2).  While Mr. Marks has cured some of the other deficiencies outlined in the clerk's letter, he has not submitted the updated Acknowledgment and Authorization form.  In addition, the court notes the accounting statement bears the name Wayne Rudder.  While the court is aware Mr. Marks has legally changed his name there is nothing in the file to reflect the name change.

    The court now ORDERS:

1.     Mr. Marks will submit updated Acknowledgment and Authorization forms on or before **January 26, 2007** or the court will recommend denial of the *in forma pauperis* application.

2.     Mr. Marks will submit a document to the court showing his name changes and reflecting how

REPORT AND RECOMMENDATION
Page - 1

his name was changed from Wayne Rudder to Vincent Daniel Hopper to Antolin Andrew Marks. Again, the court requires the information be in the court file on or before **January 26, 2007.**

3. The court will not consider the complaint until the issue of *in forma pauperis* status has been fully addressed.

The clerk's office is directed to send plaintiff a copy of this order and to note the **January 26, 2007** due date.

Dated this 22 day of December, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

REPORT AND RECOMMENDATION
Page - 2