UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

v.

JOHN DOE ALBIN *et al.*,

    Defendants.

Case No.  C06-5675RBL

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff's application for leave to proceed *in forma pauperis* as amended (Dkt. #1,5,and 6) is GRANTED.  Plaintiff does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to plaintiff.

DATED this 25 day of January, 2007.

        /S/ *J. Kelley Arnold*
        J. Kelley Arnold
        United States Magistrate Judge

ORDER
Page - 1