UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

  v.

JOHN DOE ALBIN *et al.*,

    Defendants.

Case No. C06-5675RBL

ORDER TO AMEND THE COMPLAINT

    This bivens rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has been given leave to proceed *in forma pauperis.*

    Review of the complaint, and the nearly one hundred pages of exhibits, reveals the complaint is deficient. The 18 page document does not contain facts linking the named defendant with specifically identified incidents and the accusations are conclusory rather than specific. The court will not guess which exhibits belong to which claim.

    The document violates Fed. R. Civ. P. 8 (a) and (e)(1). Plaintiff is **ORDERED** to file an amended complaint. The amended complaint will act as a complete substitute for the original and

ORDER

1  must be received on or before **March 7, 2007** or the court will enter a Report and Recommendation
2  that this action be dismissed.
3        The amended complaint needs to contain short, concise factual allegations.  The factual
4  allegations must contain enough information for the court and the defendants to identify what
5  specific conduct and event is at issue.  When referring to an infraction the plaintiff needs to identify
6  the name of the infracting officer and the date he was infracted.
7        The Clerk is directed to send a copy of this Order to plaintiff, and note the due date for the
8  amended complaint as **March 7, 2007.**
9
10        DATED this 25 day of January, 2007.
11
12                                                    */S/ J. Kelley Arnold*
                                                  J. Kelley Arnold
13                                                     United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  ORDER