UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

    v.

JOHN DOE ALBIN *et al.*,

    Defendants.

Case No. C06-5675RBL

ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE THE AMENDED COMPLAINT

    This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). Plaintiff has been given leave to proceed *in forma pauperis* (Dkt. # 7).

    In January of 2007, after review of the initial complaint, the court ordered plaintiff to amend (Dkt. # 8). An amended complaint was filed in February (Dkt. # 9). Review of the amended complaint showed it to suffer from the same defects as the original. Plaintiff was again instructed to file an amended complaint (Dkt # 10).

    Plaintiff has not complied with the court's order. Instead, he filed a motion to conduct discovery (Dkt. # 11). When his motion was denied, (Dkt,. # 12), he filed the current motion asking for an extension of time (Dkt. # 13). Plaintiff alleges he needs more time because of other current

ORDER page-1

1  litigation. The motion is **DENIED.** The court has given plaintiff over 90 days to file an acceptable
2  complaint.
3      The Clerk is directed to send a copy of this Order to plaintiff.

5      DATED this 7 day of May, 2007.

7              <u>/S/ *J. Kelly Arnold*</u>
               J. Kelley Arnold
8              United States Magistrate Judge

28 ORDER page-2