1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10
11
12
13

ANTOLIN ANDREW MARKS

        Plaintiff,

    v.

DOE ALBIN *et al.*,

        Defendants

Case No. C06-5675RBL

ORDER TO PROVIDE
SERVICE DOCUMENTS

14
15
16
17

      Plaintiff has been granted leave to proceed *in forma pauperis* and has filed an acceptable complaint (Dkt. # 19)  There are no services copies of the amended complaint and no Marshal service forms were received with the amended complaint.  **The clerks office is directed to send Mr. Marks seventeen Marshal service forms.**

18
19
20

      Plaintiff will fill out the forms **and provide a copy of the complaint with attachments for each defendant.  The forms and copies are due on or before July 27, 2007** or the court will recommend this action be dismissed for failure to comply with a court order and failure to prosecute.

21
22

      The Clerk is directed to send a copy of this Order to plaintiff and note this matter for **July 27, 2007.**

23

      DATED this 2 day of July 2007.

24
25
26

               */S/ J. Kelley Arnold*
               J. Kelley Arnold
               United States Magistrate Judge

27
28

ORDER