1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

          Plaintiff,

    v.

DOE ALBIN *et al.*,

          Defendants.

Case No.  C06-5675RBL

ORDER

    This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

    Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed one documents since entry of the sanction order (Dkt. # 23). Document 23 directly relate to the sanctions and contain the type of material that lead to the sanctions order.  **Document 23 will remain sealed with no further court action on the document.**

    The clerk's office is directed to send copies of this order to plaintiff.

    DATED this 19 day of September, 2007.

                                 /S/ *J. Kelley Arnold*
                                 J. Kelley Arnold
                                 United States Magistrate

ORDER
Page - 1