UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

        Plaintiff,

        v.

DOE ALBIN *et al.*,

        Defendants.

Case No. C06-5675RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, plaintiff's objections to the Report and Recommendation [Dkt. #34], and the remaining record, does hereby find and ORDER:

    (1)    Plaintiff's Motion to Strike Defendants' Late Answer and to Enter Default [Dkt. #33] is **DENIED**.

    (2)    The Court adopts the Report and Recommendation;

    (3)    Plaintiff's motion for default is **DENIED.**

    (4)    Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 7th day of December, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1